429 A.2d 87

Hanczyk et ux. v. Doran, etc., Appellant.

Reargument Denied Dec. 24, 1980.

Argued April 16, 1980. Neil J. Marcus, for appellant; John L. Butya, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

We affirm the order of the lower court confirming the arbitration award.